Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | |
|---|---|
| **District Court**<br>**Clerk of the District Court of Austin County, Texas**<br>**Austin County, Texas** | |

| Plaintiff | Cause # |
|---|---|
| **The American Association for Disability Justice ("AADJ"), on behalf of its members; Larry Miller on behalf of the Estate of John Miller; and John Hodges; individually and on behalf of others.** | **1:26-cv-00564** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **Epic Systems Corporation, and their affiliates, subsidiaries, and parent companies.** | **3/24/2026**    **3:17 PM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **3/25/2026**    **8:42 AM** |

| Documents | Service Fee: |
|---|---|
| **SUMMONS; CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL; ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CIVIL COVER SHEET** | **$160.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **3/25/2026** at **8:42 AM**: I served **SUMMONS, CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL, ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, CIVIL COVER SHEET** upon **Epic Systems Corporation** by delivering **1** true and correct copy(ies) thereof, with **Epic Systems Corporation, I delivered the documents to Martha Snyder who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.** at **1979 Milky Way, Verona, WI 53593**.

My name is: **Angela Johnson** and my date of birth is **10/26/1980**

My address is: **221 Broadway Dr, Sun Prairie, WI 53590**, USA.

null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Dane _____ county, WI.

_____
Angela Johnson

03/25/2026
_____
Date Executed


