**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **GALLIT FISCHMAN**<br>    **Plaintiff,**<br><br>**v.**<br><br>**EPIC SYSTEMS CORPORATION**<br><br>    **Defendant.** | **Case No: 3:26-cv-0770-D** |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF COURT:

Defendant Epic Systems Corporation hereby gives notice to the Court and all opposing parties that Christopher J. Schwegmann is entering his appearance in this matter as counsel for Defendant Epic Systems Corporation, he is admitted to practice in the Northern District of Texas, and his contact information is as follows:

Christopher J. Schwegmann
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile
cschwegmann@lynnllp.com

**PAGE 1 of 2**

DATE: April 1, 2026

Respectfully submitted,

*/s/Christopher J. Schwegmann*
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**EPIC SYSTEMS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct foregoing document was served by ECF electronic filing on all known parties on this April 1, 2026.

*/s/Christopher J. Schwegmann*
Christopher J. Schwegmann