**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **The American Association for Disability Justice (AADJ), on behalf of its members and all others similarly situated; LARRY MILLER on behalf of the Estate of John Miller; and JOHN HODGES, individually, and on behalf of all others similarly situated,**<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**EPIC SYSTEMS CORPORATION and their affiliates, subsidiaries and parent companies,**<br><br>     **Defendants.** | **Case No: 1:26-cv-00564-RP** |

---

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendant Epic Systems Corporation ("Defendant") moves the Court for an order extending its deadline to answer or otherwise respond to Plaintiff's Complaint, filed by the American Association for Disability Justice ("AADJ"), Larry Miller, on behalf of the Estate of John Miller, and John Hodges, individually, and on behalf of all other similarly situated (collectively "Plaintiffs").

Defendant respectfully requests a thirty-day extension of the deadline to answer or otherwise respond to Plaintiffs' Complaint. Plaintiffs served Defendant with the Complaint on March 25, 2026 (Dkt. 5). Defendant promptly retained Texas counsel, as required by Local Rules. A thirty-day extension will allow counsel sufficient time to confer with Defendant, evaluate, and respond to Plaintiff's Complaint.

For these reasons and for good cause shown, Defendant respectfully requests that the Court extend the deadline to answer or otherwise respond to Plaintiff's Complaint to **May 15, 2026**. Plaintiff does not oppose Defendant's request.

DATE: April 7, 2026                                              Respectfully submitted,

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**EPIC SYSTEMS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct foregoing document was served by ECF electronic filing on all known parties on this April 7, 2026.

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiffs are not opposed to the relief sought by this motion.

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann