**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**The American Association for Disability Justice (AADJ), on behalf of its members and all others similarly situated; LARRY MILLER on behalf of the Estate of John Miller; and JOHN HODGES, individually, and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**EPIC SYSTEMS CORPORATION and their affiliates, subsidiaries and parent companies,**

**Defendants.**

**Case No: 1:26-cv-00564-RP**

# NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

NOTICE IS HEREBY GIVEN that JESSICA D. COX and MADELYN C. STANLEY of the law firm LYNN PINKER HURST & SCHWEGMANN, LLP, located at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone: (214) 981-3800, facsimile: (214) 981-3811, hereby appears as additional counsel of record for Defendant Epic Systems Corporation. Ms. Cox and Ms. Stanley respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via CM/ECF or at the postal address, electronic mail addresses, and facsimile numbers listed below.

DATE: June 16, 2026

Respectfully submitted,

*/s/ Jessica D. Cox*

Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
Jessica D. Cox
Texas Bar No. 24114769
jcox@lynnllp.com
Madelyn C. Stanley
Texas Bar No. 24121529
mstanley@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile

**ATTORNEYS FOR DEFENDANT
EPIC SYSTEMS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct foregoing document was served by ECF electronic filing on all known parties on June 16, 2026.

*/s/ Jessica D. Cox*
Jessica D. Cox