**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **American Association for Disability Justice** ***on behalf of its members and all others similarly situated*****; Larry Miller** ***on behalf of the Estate of John Miller*****; and John Hodges** ***individually and on behalf of all others similarly situated*****,** *Plaintiffs* | § § § § § § § | **No. 1:26-cv-00564-RP** |
| **v.** | § § § | |
| **Epic Systems Corporation,** *Defendant* | § § | |

**ORDER**

Plaintiffs filed their Complaint on March 9, 2026. Dkt. 1. Defendant appeared on May 15, 2026. Dkt. 16. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **August 28, 2026**.

**SIGNED** on August 14, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE